**Order filed April 20, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00882-CR
## NO. 14-18-00883-CR
_____

**KEISHUNN LAMONT REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1380046, 1380047**

---

## ORDER

On April 12, 2021, the trial court filed a record of its hearing on appellant's motion for new trial. In our order requesting that record, this court also requested a supplemental clerk's record containing the trial court's signed order ruling on the motion for new trial. This court has not received that supplemental clerk's record. This court further requests that that the trial clerk supplement that record with all filings related to the motion for new trial. The supplemental clerk's record is ordered to be filed with the clerk of this court on or before **April 27, 2021.**

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.